### In the Matter of Christopher Lee PEARSON.

**No. 492 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

April 21, 1999.

*O R D E R*

PER CURIAM:

AND NOW, this 21st day of April, 1999, Christopher Lee Pearson having been suspended from the practice of law in the State of California by Order of the Supreme Court of the State of California filed on July 1, 1998; the said Christopher Lee Pearson having been directed on February 11, 1999, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Christopher Lee Pearson is suspended from the practice of law in this Commonwealth consistent with the Order of the Supreme Court of the State of California filed on July 1, 1998, and he

shall comply with all the provisions of Rule 217, Pa.R.D.E.

■

### OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

### Todd Andrew DORSETT, Respondent.

**No. 513 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

April 21, 1999.

*O R D E R*

PER CURIAM:

AND NOW, this 21st day of April, 1999, there having been filed with this Court by Todd Andrew Dorsett his verified Statement of Resignation dated March 18, 1999, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Todd Andrew Dorsett be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.